CLOSED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| Fernando Orozco, | Case No.: 5:12-cv-02026-JGB-DTB |
| Plaintiff, | **ORDER** |
| vs. | |
| Reliant Capital Solutions; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 31, 2014

_____

Judge, Hon. Jesus G. Bernal